**ORIGINAL**

In the United States District Court

for the ___Central___ District of ___California (Western Division)___

United States of America

v.

Hugh Sheehy

Criminal No. ___CR 05-1149___

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

FILED
2008 APR 16 AM 11:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

FILED
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE COAR
08CR 395
MAGISTRATE JUDGE DENLOW

I, ___Hugh Sheehy___, defendant, have been informed that a ___information___ _(indictment, information, complaint)_ is pending against me in the above designated cause. I wish to plead ___guilty___ _(guilty, nolo contendre)_ to the offense charged, to consent to the disposition of the case in the ___Northern___ District of ___Illinois___ in which I ___reside___ _am under arrest, am held)_ and to waive trial in the above captioned District.

Dated: ___April___, ___15___ at ___2008___

_(Defendant)_ [signature: Hugh M. Sheehy]

_(Witness)_

_(Counsel for Defendant)_ [signature: Terence P Gillespie]

I hereby attest and certify on 5/13/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

Approved

[signature] United States Attorney for the ___Central___ District of ___California (Western Division)___

[signature] United States Attorney for the ___Northern___ District of ___Illinois___

FORM USA-153
SEP 82



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

April 17, 2008

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

United States District Court
219 South Dearborn Street
Chicago, IL 60604

I hereby attest and certify on 4/13/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JANET AGHBOLAGHI
DEPUTY CLERK

Re:   Transfer of Our Case No.   CR 05-1149

      Case Title:  USA v Hugh Sheehy

Dear Sir/Madam:

Pursuant to ☒ Rule 20 / ☐ Rule 21 of the Federal Rules of Criminal Procedure, we are enclosing the following:

1. Consent/Order to Transfer
   a. ☒   Original Consent of Defendant
   b. ☐   Certified copy of minute order directing transfer
   c. ☐   Order approving consent to transfer
2. ☒ Certified copy of the Indictment/Information
3. ☐ Certified copy of the Order Granting Change of Venue
4. ☒ Certified copy of docket sheet
5. ☒ Certified copy of entire file
6. Bond:
   a. ☐   Original bond enclosed, OR
   b. ☐   Original bond to be forwarded by our Fiscal Department; and
7. ☐ Defendant's passport No. _____
8. ☐ Not for public view document (pursuant to Judicial Conference Policy)
7. ☐ Other _____

Please acknowledge receipt of the above-noted items on the copy of this letter and return to us.

Sincerely,

Clerk, U.S. District Court

By  Janet Aghbolaghi
    Deputy Clerk

cc:  *US Attorney - Los Angeles & Receiving District*
     *CRD to Judge* _____

---

**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above and assigned case number: _____

Clerk, U.S. District Court

By _____

_____                                    Deputy Clerk
Date

CR-23 (11/04)        **TRANSMITTAL LETTER - RULE 20/21 TRANSFER OUT**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
CRIMINAL DOCKET FOR CASE #: 2:05-cr-01149-URC All Defendants

Case title: USA v. Sheehy

Date Filed: 11/22/2005
Date Terminated: 04/16/2008

Assigned to: Judge CVRecovery Case CRStatistics Unassigned

I hereby attest and certify on 6/13/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**JANET AGHBOLAGHI**
DEPUTY CLERK

**Defendant**

**Hugh Sheehy** (1)
*TERMINATED: 04/16/2008*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

47:605(e)(4) - UNAUTHORIZED MANUFACTURE AND DISTRIBUTION OF SATELLITE TELEVISION ACCESS DEVICE
(1)

**Disposition**

Rule 20 transfer out to Northern District of Illinois

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**
**USA**

represented by **Thomas E Loeser**
Keller Rohrback LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101
202-623-1900
Email: tloeser@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2005 | 1 | INFORMATION filed by AUSA Thomas Loeser against Hugh Sheehy (1) count(s) 1. Offense occurred in LA. (sv) (Entered: 11/25/2005) |
| 11/22/2005 | 2 | CASE SUMMARY filed by AUSA Thomas Loeser, attorney for USA, as to Hugh Sheehy. (sv) (Entered: 11/25/2005) |
| 11/22/2005 | 3 | CONFLICT OF INTEREST CERTIFICATION filed as to Hugh Sheehy. (sv) (Entered: 11/25/2005) |
| 11/22/2005 | 4 | MEMORANDUM filed by USA as to Hugh Sheehy. This criminal action, being filed on **11/28/05**, was not pending in the U.S. Attorney's Office before 12/22/98, the date on which U.S. District Judge Nora M. Manella began receiving criminal matters. (sv) (Entered: 11/25/2005) |
| 11/22/2005 | 5 | MEMORANDUM filed by USA as to Hugh Sheehy. This criminal action, being filed on **11/28/05**, was not pending in the U.S. Attorney's Office before 11/2/92, the date on which U.S. District Judge Lourdes G. Baird began receiving criminal matters. (sv) (Entered: 11/25/2005) |
| 11/22/2005 | 6 | MEMORANDUM filed by USA as to Hugh Sheehy seeking authority for an investigative action and being filed on **11/28/05**, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before April 20, 1999, the date on which Magistrate Judge Patrick J. Walsh resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (sv) (Entered: 11/25/2005) |
| 11/22/2005 | 7 | MEMORANDUM filed by USA as to Hugh Sheehy seeking authority for an investigative action and being filed on **11/28/05**, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before April 20, 1999, the date on which Magistrate Judge Jennifer T. Lum resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (sv) (Entered: 11/25/2005) |
| 11/22/2005 | 8 | MEMORANDUM filed by USA as to Hugh Sheehy seeking authority for an investigative action and being filed on **11/28/05**, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before April 20, 1999, the date on which Magistrate Judge Stephen G. Larson resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (sv) (Entered: 11/25/2005) |
| 11/22/2005 | 9 | MEMORANDUM filed by USA as to Hugh Sheehy seeking authority for an investigative action and being filed on **11/28/05**, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before April 20, 1999, the date on which Magistrate Judge Jeffrey W. Johnson resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (sv) (Entered: 11/25/2005) |
| 04/16/2008 | 10 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of Illinois Counts closed as to Hugh Sheehy (1) Count 1. (Attachments: # 1 Letter Rule 20 Transfer Out) (ja) (Entered: 04/18/2008) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 05/13/2008 14:47:35 |

| PACER Login: | us9877 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:05-cr-01149-URC |
| Billable Pages: | 2 | Cost: | 0.16 |

ORIGINAL

I hereby attest and certify on 5/13/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JANET AGHBOLAGHI
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>HUGH SHEEHY,<br><br>            Defendant. | No. CR 05-1149<br><br>**I N F O R M A T I O N**<br><br>[47 U.S.C. § 605(e)(4):<br>Unauthorized Manufacture and<br>Distribution of Satellite<br>Television Access Devices] |

The United States Attorney charges:

[47 U.S.C. § 605(e)(4)]

Beginning in 1999 and continuing to on or about September 2, 2003, in Los Angeles County, within the Central District of California, and elsewhere, defendant HUGH SHEEHY manufactured, assembled, modified, sold, and distributed electronic, mechanical and other devices which, as defendant then knew and had reason to know, were primarily of assistance in the unauthorized decryption

//
//

TEL:EJD

of satellite cable programming and direct-to-home satellite services.

>     DEBRA WONG YANG
>     United States Attorney
>
>     /s/ Thomas P. O'Brien
>
>     THOMAS P. O'BRIEN
>     Assistant United States Attorney
>     Chief, Criminal Division
>
>     THOMAS E. LOESER
>     Assistant United States Attorney
>     Cyber and IP Crimes Section

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

CASE SUMMARY

Case Number __05-1149__   Defendant Number _____
U.S.A. v. __HUGH SHEEHY__   Year of Birth __1965__
☐ Indictment  ☒ Information   Investigative agency (FBI, DEA, etc.) __FBI__

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

### OFFENSE/VENUE
a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of offense __11/2/03__
c. County in which first offense occurred
   __Los Angeles__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☒ Los Angeles      ☐ Ventura
   ☐ Orange           ☐ Santa Barbara
   ☐ Riverside        ☐ San Luis Obispo
   ☐ San Bernardino   ☐ Other _____
Citation of offense __47 U.S.C. 605(e)(4)__

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
IF YES Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:   **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
Case Number _____
Charging _____

The complaint:   ☐ is still pending
☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
☐ Yes*           ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*           ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*           ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*           ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes            ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☐ Yes   ☒ No
IF YES, list language and/or dialect: _____

NOV 2 5 2005

CR-72 (07/05)   CASE SUMMARY   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CASE SUMMARY

**OTHER**

☒ Male             ☐ Female
☒ U.S. Citizen     ☐ Alien
Alias Name(s) _____
_____

This defendant is charged in:     ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?           ☐ Yes    ☒ No
IF YES, should matter be sealed?   ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☒ Other: Theft of satellite signal programming

I hereby attest and certify on 5/13/0Y
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JANET ACHUBOLAGH
DEPUTY CLERK

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?       ☐ Yes    ☐ No
d. Is a Fugitive          ☐ Yes    ☐ No
e. Is on bail or release from another district:
   _____
f. ☒ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.     ☐ Yes    ☒ No

Defendant is **in** custody:
a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:
   _____
d. ☐ Solely on this charge. Date and time of arrest:
   _____
e. On another conviction:     ☐ Yes    ☐ No
   IF YES  ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes    ☐ No
   IF YES  ☐ State    ☐ Federal    AND
   Name of Court: _____
   Date transferred to federal custody: _____
   This person/proceeding is transferred from another district
   pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____
_____
_____
_____

Date  November 21, 2005                _____
                                        Signature of Assistant U.S. Attorney
                                        Thomas E. Loeser
                                        *Print Name*

CR-72 (07/05)                    CASE SUMMARY                    Page 2 of 2

# CONFIDENTIAL CONFLICT OF INTEREST CERTIFICATION

United States v. Hugh Sheehy

Identification of Matter (Case Number, Name, etc.)

I, __Thomas E. Loeser__, hereby certify that to the best of my knowledge, neither I nor my spouse, dependent child, general partner, or any organization for which I am serving as an officer, director, trustee, general partner or employee, or any person or organization with whom I am negotiating or have an arrangement concerning prospective employment has a financial interest in this matter. A financial interest includes any current or contingent ownership, equity, or security interest in real or personal property of a business, and may include an indebtedness or compensated employment relationship.

I further certify to the best of my knowledge that this matter will not affect the financial interests of any member of my household. Also, to the best of my knowledge, no member of my household; no relative with whom I have a close relationship; no one with whom my spouse, parent or dependent child has or seeks employment; and no organization with which I am seeking a business relationship nor which I now serve actively or have served within the last year are parties or represent a party to this matter.

So long as I am involved in this matter, I also acknowledge my responsibility to disclose the acquisition of any financial or personal interest as described above that would be affected by the matter, and to disclose any interest I, or anyone noted above, has in any person or organization that does become involved in, or is affected at a later date by, the conduct of this matter.

_[signed]_ _____     __11/21/05__
Signature                                                          Date

__AUSA__
Position

_____     _____
Signature                                                          Date

_____
Position

_____     _____
Signature                                                          Date   NOV 25 2005

_____
Position



**Privacy Act Statement**

Title I of the Ethics in Government Act of 1978 (5 U.S.C. App.), Executive Order 12674 and 5 CFR Part 2634, Subpart I require the reporting of this information. The primary use of the information on this form is for review by officials of the Justice Department to determine compliance with applicable federal conflict of interest laws and regulations. Additional disclosures of the information on this report may be made: (1) to a federal, state or local law enforcement agency if the Justice Department becomes aware of a violation or potential violation of law or regulations; (2) to a court or party in a court or federal administrative proceeding if the government is a party or in order to comply with a judge-issued subpoena; (3) to a source when necessary to obtain information relevant to a conflict of interest investigation or decision; (4) to the National Archives and Records Administration or the General Services Administration in records management inspections; (5) to the Office of Management and Budget during legislative coordination on private relief legislation; and (6) in response to a request for discovery or for the appearance of a witness in a judicial or administrative proceeding, if the information is relevant to the subject matter. This confidential certification will not be disclosed to any requesting person unless authorized by law. See also the OGE/GOVT-2 executive branchwide Privacy Act system of records.

# *Memorandum*  

05- 1149

| Subj: United States v. Hugh Sheehy | Date: November 21, 2005 |
|---|---|

To:
**SHERRI R. CARTER**
Clerk, United States District Court
Central District of California

From:
Thomas E. Loeser
Assistant United States Attorney

The matter relating to the above-referenced criminal action, being filed on 11/28/05  ,

-- was [ ] was not [x] pending in the United States Attorney's Office before December 22, 1998, the date on which U.S. District Judge **Nora M. Manella** began receiving criminal matters;

-- was [ ] was not [x] pending in the United States Attorney's Office before November 2, 1992, the date on which U.S. District Judge **Lourdes G. Baird** began receiving criminal matters.

Thomas E. Loeser
Assistant United States Attorney

I hereby attest and certify on 5/13/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**JANET AGHBOLAGHI**
DEPUTY CLERK



1182

NOV 2 5 2005



# Memorandum



**05- 1149**

Subj: United States v. Hugh Sheehy  
Date: November 21, 2005

To: SHERRI R. CARTER  
Clerk, United States District Court  
Central District of California

From: Thomas E. Loeser  
Assistant United States Attorney

The above pleading seeking authority for an investigative action and being filed on 11/28/05,

    ____ relates to
    **✗** does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the United States Attorney's Office.

    ____ relates to
    **✗** does not relate to

(1) a matter pending in the Major Frauds Section of the United States Attorney's Office before June 30, 2001, the date on which Jennifer T. Lum resigned her appointment in that office; or (2) a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the United States Attorney's Office.

    ____ relates to
    **✗** does not relate to

(1) a matter pending in the Organized Crime Section of the United States Attorney's Office before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) a matter in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the United States Attorney's Office;

    ____ relates to
    **✗** does not relate to

NOV 25 2005

(1) a matter pending in the Narcotics Section of the United States Attorney's Office before April 20, 1999, the date on which Jeffrey W. Johnson resigned his appointment in that office; or (2) a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the United States Attorney's Office.

Thomas E. Loeser  
Assistant United States Attorney

I hereby attest and certify on 5/13/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
**JANET AGHBOLAGHI**  
DEPUTY CLERK

1182