# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 395 - 1 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Hugh Sheehy | | |

**DOCKET ENTRY TEXT:**

Initial appearance held on 5/28/2008   Arraignment and Plea held on 5/28/2008.   Defendant appeared with counsel and waived reading of the Information and entered a plea of guilty to the Information.  Enter waiver of indictment.  Sentencing hearing set for August 27, 2008 at 9:30 a.m.  Order cause referred to Probation for Presentence Investigation Report.   .Enter order setting conditions of release ($4,500 - OR bond) Defendant is ordered release.
/s/David H. Coar
David H. Coar, U.S. District Judge

Court time - 36 mins.                                                                                       Docketing to mail notices.

|  | Courtroom Deputy | PAMF |
|---|---|---|