AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**
MAY 28 2008
May 28, 2008
Judge David H. Coar
United States District Court

UNITED STATES OF AMERICA

v.

HUGH SHEEHY

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 395

I, __Hugh Sheehy__, the above named defendant, who is accused of having manufactured, sold and distributed unauthorized satellite television access devices, in violation of Title 47, United States Code, Section 605(e)(4); knowingly being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __May 28, 2008,__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
(Defendant)
HUGH SHEEHY

_____
(Counsel for Defendant)
TERRENCE GILLESPIE

Before _____
United States District Court Judge David H. Coar

May 28, 2008